**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH BONDERER,<br>Plaintiff,<br>v.<br>VANG, et al.,<br>Defendants. | No. 2:26-cv-1199-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' ex parte application for leave to file a pre-answer motion for summary judgment and for an extension of time to file a responsive pleading. ECF No. 13.

Good cause appearing, Defendants' application (ECF No. 13) is GRANTED. Defendants are granted leave to file a motion for summary judgment for failure to exhaust administrative remedies within thirty (30) days of the date of this order. Any decision regarding the motion for summary judgment will announce a new deadline for Defendants to file a responsive pleading. Defendants need not file any responsive pleading prior to this to-be-announced deadline.

IT IS SO ORDERED.

Dated: November 23, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE